## ATCHISON, TOPEKA & SANTA FE RAILWAY CO.
### ET AL. *v.* UNITED STATES ET AL.

No. 520.  Decided November 25, 1968.

*S. R. Brittingham, Jr.,* for Atchison, Topeka & Santa Fe Railway Co., and *Albert E. Jenner, Jr., Thomas P. Sullivan, William R. McDowell, Thomas L. Farmer,* and *Thomas A. Loose* for the Texas & Pacific Railway Co. et al., appellants.

*Solicitor General Griswold, Assistant Attorney General Zimmerman, Howard E. Shapiro,* and *Robert W. Ginnane* for the United States et al., and *Richard Maguire* and *Gavin W. O'Brien* for the Permian Basin Railroad Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## CITY OF AUSTIN *v.* WEBSTER.

No. 499.  Decided November 25, 1968.

*James W. Wilson* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.